# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM A. SOKOLOWSKI; AND CURTIS W. ACTION, DERIVATIVELY ON BEHALF OF LAS VEGAS SANDS CORP.,

Appellants,

vs.

IRWIN CHAFETZ; CHARLES D. FORMAN; IRWIN A. SIEGEL; PRICEWATERHOUSECOOPERS LLP; FREDERICK HIPWELL; AND LAS VEGAS SANDS CORP.,

Respondents.

No. 72299

FILED

JUN 0 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Certain parties have filed a stipulation to dismiss this appeal. Because the stipulation is not signed on behalf of all respondents it is treated and granted as a motion to voluntarily dismiss this appeal. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Nancy L. Allf, District Judge
Ara H. Shirinian, Settlement Judge
Albright Stoddard Warnick & Albright
Wolf Haldenstein Adler Freeman & Herz
Greenfield & Goodman, LLC
DLA Piper LLP/San Diego
Latham & Watkins LLP
Santoro Whitmire
DLA Piper LLP/Chicago
Snell & Wilmer, LLP/Las Vegas
Morris Law Group
Eighth District Court Clerk